■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASTY HYMAN, Appellant.—Judgment of the Supreme Court, Kings County, rendered March 10, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Cohalan, Margett and Damiani, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN KRAMAROFF, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered October 31, 1975, convicting him of robbery in the first degree (two counts), upon his plea of guilty, and imposing sentence. Judgment affirmed. Defendant, who had been convicted of a felony in 1971 and received a reformatory sentence therefor, was properly adjudged a second felony offender (see Penal Law, § 70.06; cf. *People v Wright,* 35 NY2d 944, cert den 423 US 856). Titone, J. P., Hawkins, Suozzi and Mollen, JJ., concur.